JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RACHEL ROSALES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 5:19−cv−02450 AB (FFMx)<br><br>(Removed from Riverside County Superior Court Case No. PSC 1908531)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>District Judge: Andre Birotte Jr<br>Magistrate Judge: Frederick F. Mumm |

　　　Plaintiff RACHEL ROSALES and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses and attorneys' fees.

　　　THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice. The Court will retain jurisdiction to enforce the settlement.

DATED: May 14, 2020　　　　　By:_____
　　　　　　　　　　　　　　　　HON. ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE